PER CURIAM.  It was the intention of the court upon the previous reversal to grant only motion costs, which would amount to $20, and disbursements.  Ordered accordingly.

---

### AGATE v. HOUSE.

(*Supreme Court, General Term, First Department.*   March 31, 1892.)

Action by Ambrose J. Agate against Caroline E. House.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.  Application denied, with $10 costs.

---

### AMERICAN BANK-NOTE CO. v. MANHATTAN RY. CO.

(*Supreme Court, General Term, First Department.*   March 31, 1892.)

Action by the American Bank-Note Company against the Manhattan Railway Company.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.  Motion dismissed.

---

### BREIDENBACH, Appellant, v. IMPORTERS' & TRADERS' NAT. BANK, Respondent.

(*Supreme Court, General Term, First Department.*   March 31, 1892.)

Action by Rudolph A. Breidenbach against the Importers' & Traders' National Bank.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.  Motion granted, with $10 costs.

---

### CAMPBELL PRINTING PRESS & MANUF'G CO. v. SIDEBOTHAM.

(*Supreme Court, General Term, First Department.*   March 31, 1892.)

Action by the Campbell Printing Press Manufacturing Company against Thomas B. Sidebotham, Jr.
Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.
No opinion.  Upon payment by appellant of $10 costs, motion denied.

---

### COHN et al., Respondents, v. METROPOLITAN EL. RY. CO. et al., Appellants.

(*Supreme Court, General Term, First Department.*   March 31, 1892.)

Appeal from special term, New York county.
Action by Isaac K. Cohn and Rebecca Cohn, as executor and executrix and trustees under the will of Jacob Cohn, deceased, against the Metropolitan Elevated Railway Company and the Manhattan Elevated Railway Company, to restrain the operation of the railway in front of plaintiffs' premises, and for damages.  Judgment for plaintiffs.  Defendants appeal.  Affirmed.
Argued before VAN BRUNT, P. J., and INGRAHAM, J.
*Davies, Short & Townsend,* (*Julien T. Davies* and *Joseph E. Lord,* of counsel,) for appellants.  *Frank M. Hardenbrook,* (*J. Archibald Murray,* of counsel,) for respondents.

PER CURIAM.  The questions presented on this appeal have been decided adversely to the defendants on the determination of former appeals.  It is not necessary, therefore, that there should be any further discussion thereon, and the judgment should be affirmed, with costs.